USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/2/2020_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

STEFVON ELEY,

                Defendant.

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court having received the parties' consent to the determination of Defendant Stefvon Eley's bail review motion on the papers, ECF Nos. 87 & 88, it is hereby ORDERED that the bail review hearing scheduled for April 2, 2020 is ADJOURNED *sine die*.

    SO ORDERED.

Dated: April 2, 2020
       New York, New York

                                    ANALISA TORRES
                                United States District Judge