USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/12/2021

**PELUSO & TOUGER, LLP**
70 LAFAYETTE STREET
NEW YORK, NEW YORK 10013
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

February 8, 2021

By ECF

Honorable Analisa Torres
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: <u>United States v. Stefvon Eley</u>,
20 CR 78 (AT)

Your Honor,

I am writing to respectfully request that you issue an Order as you have done for other inmates in this matter directing the MDC to allow Mr. Eley extra time to review his Discovery. As the Court is well aware the Discovery in this case is quite voluminous and the time currently being granted him is woefully inadequate.

Thank you very much for your consideration of this matter.

Most Respectfully,

David Touger, Esq.

DENIED without prejudice to renew.

SO ORDERED.

Dated: February 12, 2021
       New York, New York

ANALISA TORRES
United States District Judge