UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEFVON ELEY,

Defendant.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __8/23/2021____ |

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court will hold a substitution of counsel hearing in this matter on **September 14, 2021,** at **12:00 p.m.**, using the Court's dedicated conference line. *See In re Coronavirus/Covid-19 Pandemic*, 20 Misc. 176, ECF No. 6 (S.D.N.Y. June 15, 2021) (finding that the COVID-19 pandemic made it "necessary for judges in this District to conduct proceedings remotely[.]"). Chambers will provide the parties with instructions on how to appear via telephone.  The Government need not attend.

Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

SO ORDERED.

Dated: August 23, 2021
        New York, New York

_____
ANALISA TORRES
United States District Judge