**PELUSO & TOUGER, LL**
**70 LAFAYETTE STREET**
**NEW YORK, NEW YORK 1001**
PelusoandTouger.com

Ph. No. (212) 608-1234
Fax No. (212) 513-1989

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021

August 27, 2021

By Email

Honorable Analisa Torres
United States District Court Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

    Re: <u>United States v. Stefvon Eley</u>,
       20 CR 78 (AT)

Your Honor,

As the Court is well aware Mr. Eley has requested new counsel. In response the Court has set a hearing date for September 14th. Mr. Eley's pre-trial motions are presently due to be filed on September 9th according to an Order issued by the Court on February, 10, 2021 with Mr. Eley's trial tentatively scheduled for May of 2022. I am writing to respectfully request that the date for Mr. Eley to file any pre-trial motions be extended. Since, Mr. Eley's letter to the Court I have ceased work on his motions because of his present request. If the Court decides to grant Mr. Eley's motion I most respectfully feel his new counsel should be the one filing his own motions.

GRANTED. By **October 22, 2021**, Defendant shall file any applicable pretrial motions. By **November 19, 2021**, the Government shall submit any opposition. By **December 3, 2021**, Defendant shall file his reply, if any.

SO ORDERED.

Dated: September 7, 2021
      New York, New York

_____
ANALISA TORRES
United States District Judge