USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/4/2021__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEFVON ELEY,

                Defendant.

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a substitution of counsel hearing in this matter on **November 9, 2021,** at **10:30 a.m.**, using the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Sept. 15, 2021), ECF No. 7 (finding that the COVID-19 pandemic "make[s] it necessary for the judges in this District to be able to continue to conduct proceedings remotely."). Chambers will provide the parties with instructions on how to appear via video. The Government need not attend.

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: November 4, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge