UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEFVON ELEY,

Defendant.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED:  __11/8/2021____ |

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The substitution of counsel hearing scheduled in this matter for November 9, 2021, is ADJOURNED to **November 18, 2021**, at **12:00 p.m.**

SO ORDERED.

Dated: November 8, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge