```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __1/11/2022___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEFVON ELEY,

                  Defendant.

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The status conference for Defendant Stefvon Eley scheduled for January 12, 2022, is ADJOURNED to **January 18, 2022**, at **12:00 p.m.**, using the Court's videoconferencing system. *See In re Coronavirus/Covid-19 Pandemic*, No. 20 Misc. 176 (S.D.N.Y. Dec. 22, 2021), ECF No. 8 (finding that the COVID-19 pandemic necessitates conducting criminal proceedings remotely). Chambers will provide the parties with instructions on how to appear via video.

    Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: January 11, 2022
       New York, New York

_____
ANALISA TORRES
United States District Judge