USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/18/2022___

February 17, 2022

Re: *United States v. Spencer*, 20 Cr. 78 (AT)

Hon. Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Torres:

We represent Defendant Nyshiem Spencer in the above-captioned matter. We write to request an extension of time to file a motion for severance of trial on Mr. Spencer's behalf, so that the parties can continue to discuss a potential resolution of this case. The government has consented to this application.

Pursuant to this Court's January 18, 2022 order (Dkt. No. 323), all defendants' motions for severance are currently due on February 22, 2022. We respectfully request that the deadline for Mr. Spencer's motion for severance be moved until March 22, 2022, with corresponding changes to the response and reply deadlines.

Thank you very much for your consideration.

Very truly yours,

*/s/ Luca Marzorati*

Mari Byrne
Luca Marzorati
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
mari.byrne@davispolk.com
luca.marzorati@davispolk.com

*/s/ Sabrina P. Shroff*

Sabrina P. Shroff
80 Broad Street, 19th Floor
New York, New York 10004
Telephone: (646) 763-1490
sabrinashroff@gmail.com

GRANTED. By **March 22, 2022**, Defendant Nyshiem Spencer shall file any motion for severance. By **April 15, 2022**, the Government shall file its response. By **April 29, 2022**, Defendant may file a reply, if any.

SO ORDERED.

Dated: February 18, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge