```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/14/2022_
```

**ROTHMAN, SCHNEIDER, SOLOWAY & S**
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Tel: (212) 571-5500
Fax: (212) 571-5507

November 10, 2022

**By ECF & Email**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: United States v. Nyshiem Spencer et al.,
 Including STEFVON ELEY
 20 Cr. 78 (AT)

Dear Judge Torres:

I am the attorney for Stefvon Eley, the defendant in the above-named matter, who is scheduled to be sentenced on November 30, 2022 at 11:00 a.m. I write with the consent of the government, by AUSA Andrew Chan, to respectfully request an adjournment of sentence to a date in late January 2023. This is Mr. Eley's first request for a sentencing adjournment.

An adjournment is needed because I am still in the process of collecting family letters and records that are needed for sentencing. Additionally, Mr. Eley is waiting to take his GED exam and wishes to complete it before he is sentenced in this matter. It is therefore respectfully requested that the sentencing be adjourned to January 24, 25, 26, or 31, which should provide sufficient time to collect the necessary documents and for Mr. Eley to complete his GED exam.

If the Court has any questions regarding this application please do not hesitate to contact me. I thank your Honor for your attention to this matter.

GRANTED. The sentencing scheduled for November 30, 2022, is ADJOURNED to **January 31, 2023,** at **11:30 a.m.**

SO ORDERED.

Dated: November 14, 2022
New York, New York

ANALISA TORRES
United States District Judge