UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEFVON ELEY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/25/2023

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the letter at ECF No. 420.  Accordingly, the Court will hold a substitution of counsel hearing in this action on **March 1, 2023**, at **2:00 p.m.** in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007.  The Government need not attend.

    Additionally, the sentencing scheduled for March 1, 2023, is ADJOURNED to **April 25, 2023**, at **1:00 p.m.**

    SO ORDERED.

Dated: January 25, 2023
       New York, New York

_____
ANALISA TORRES
United States District Judge