```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  10/12/2023
```

UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK:
-------------------------------------------------------X

UNITED STATES OF AMERICA,

    -against-

STEVFON ELEY,

    Defendant.
-------------------------------------------------------X

It is hereby ORDERED that the Metropolitan Detention Center is directed to permit the defendant's family member or legal representative to deliver the following to Mr. Eley, for use at his sentencing proceeding on October 17, 2023:

One pair dress pants
One dress shirt
One necktie
One belt
One pair underwear
One pair dress socks
One pair shoes.

SO ORDERED:

_____
ANALISA TORRES
United States District Judge

Dated: October 12, 2023
      New York, New York