UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

STEFVON ELEY,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2023
```

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      The sentencing scheduled in this matter for October 17, 2023, is ADJOURNED to **October 31, 2023**, at **4:00 p.m.** The Court's order granting Defendant's motion to wear civilian clothes at sentencing, ECF No. 459, is extended to the rescheduled sentencing proceedings on October 31, 2023.

      The Clerk of Court is directed to terminate the motion at ECF No. 458.

      SO ORDERED.

Dated: October 16, 2023
       New York, New York

                                            ANALISA TORRES
                                      United States District Judge