```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           **ORDER**
                                    :
**Stefvon Eley**                    :
                                    :        20 Cr. 78-3
                                    :        ──────────
                                    :           Docket #
                                    :
------------------------------------x

**Analisa Torres**  District Judge
─────────────────
   Judge's Name

The C.J.A. attorney assigned to receive cases on this day, **John T. Zach** is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC **8/16/2024**.

                       **SO ORDERED.**

                       _____
                       UNITED STATES DISTRICT JUDGE

Dated:  August 19, 2024
        New York, New York