UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

STEFVON ELEY,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/28/2024___

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's *pro se* motion, dated August 11, 2024. ECF No. 495; *see also* ECF No. 497. On August 19, 2024, the Court appointed John T. Zach as CJA counsel to represent Defendant during the pendency of his motion. ECF No. 496. Accordingly:

1. By **September 18, 2024**, Defendant may submit his supplemental brief in support of his motion;
2. By **October 2, 2024**, the Government shall respond to Defendant's filing(s); and
3. By **October 9, 2024**, Defendant shall file his reply, if any.

    SO ORDERED.

Dated: August 28, 2024
       New York, New York

_____
ANALISA TORRES
United States District Judge