

JOHN T.

Tel: (21

Email: j

Septem

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:   09/17/2024

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

        **Re:**    *United States v. Sefvon Eley*,
              **No. 20 Cr. 78-3 (AT)**

Dear Judge Torres:

      We represent Defendant Stefvon Eley as appointed CJA counsel in a *pro se* application
he submitted to the Court in the above-captioned action.  On August 28, 2024, the Court issued a
scheduling order in connection with that motion with defense papers to be filed on September 18,
2024; opposition papers on October 2, 2024; and any reply brief on October 9, 2024.  We
respectfully request that the Court extend that schedule for approximately 2-weeks so that the
dates would be as follows:

- Defense submission:  October 2, 2024;
- Opposition papers:  October 16, 2024;
- Reply brief:  October 23, 2024

The defense requires this additional time to prepare its supplemental submission.  This is the first
request for an extension and the Government does not object to this request.

      We appreciate the Court's consideration of this request.

GRANTED.

SO ORDERED.

Dated: September 17, 2024
       New York, New York

**ANALISA TORRES**
**United States District Judge**