```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/17/2025_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

STEFVON ELEY,

            Defendant.

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's *pro se* motion, dated June 2, 2025. ECF No. 546. Attorney John T. Zach is hereby APPOINTED under the Criminal Justice Act to represent Defendant during the pendency of his motion. Accordingly:

1. By **July 22, 2025**, Defendant shall submit a brief in support of his motion;
2. By **August 12, 2025**, the Government shall respond to Defendant's motion; and
3. By **August 26, 2025**, Defendant shall file his reply, if any.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant.

    SO ORDERED.

Dated: June 17, 2025
       New York, New York

ANALISA TORRES
United States District Judge