

JOH
Tel
Em

Oct

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/22/2025__

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

      **Re:**   *United States v. Stefvon Eley*,
             **20 Cr. 78-3 (AT)**

Dear Judge Torres:

    We represent Defendant Stefvon Eley as appointed CJA counsel in connection with the *pro se* application he previously submitted to the Court in the above-captioned matter. For the reasons set forth below, we respectfully request that the Court allow Mr. Eley until November 24, 2025 to submit a sentence reduction motion.

    We continue to work with Mr. Eley and his family to prepare his motion. However, since the Court's September 11, 2025 order, Mr. Eley was transferred from a high-security prison (USP Canaan) to a low-security facility (FCI Atlanta). We were unable to communicate with him at all while he was being transferred. Upon his arrival at FCI Atlanta, we have been unsuccessful in setting up a call despite repeated attempts to do so. In short, we have essentially been limited to communicating with Mr. Eley via email since his transfer. It is important for us to be able to communicate with him via phone to review and finalize his submission.

    Accordingly, Mr. Eley respectfully requests that the Court set November 24, 2025 as the deadline for submission of his revised submission. This will permit Mr. Eley time to send and advise on any final supplemental materials for his submission and to review and finalize his submission with counsel.

    We appreciate the Court's consideration of this request.

    GRANTED.

    SO ORDERED.

    Dated:  October 22, 2025
              New York, New York

                                          ANALISA TORRES
                                          United States District Judge

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards, New York, NY 10001 | (t) 212.446.2300 | (f) 212.446.2350 | www.bsfllp.com