```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/25/2025___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

STEFVON ELEY,

                    Defendant.

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Defendant's motion for a reduction of sentence under 18 U.S.C. § 3582(c)(1)(A).  *See* ECF No. 560; *see also* ECF No. 546.  Accordingly, by **December 15, 2025**, the Government shall file its response.

    SO ORDERED.

Dated: November 25, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge