UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

STEFVON ELEY,

                              Defendant.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: __12/9/2025____ |

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Defense counsel has informed the Court that a copy of the Defendant's presentence investigation report was erroneously filed publicly on the docket at ECF No. 561-26. Accordingly, the Clerk of Court is respectfully directed to place the exhibit at ECF No. 561-26 permanently under seal. That exhibit shall be subject to the same viewing restrictions as the document filed at ECF No. 414.

        SO ORDERED.

Dated: December 9, 2025
         New York, New York

_____
ANALISA TORRES
United States District Judge