UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEFVON ELEY,

                     Movant,

       -against-

UNITED STATES OF AMERICA,

                Respondent.

UNITED STATES OF AMERICA

       -against-

STEFVON ELEY

              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _3/3/2026___

26 Civ. 1540 (AT)

20 Cr. 78-03 (AT)

**<u>ORDER TO ANSWER, 28 U.S.C. § 2255</u>**

ANALISA TORRES, United States District Judge:

The Court, having concluded that the motion, brought under 28 U.S.C. § 2255, should not be summarily denied as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued;

Attorney John T. Zach, who was previously appointed to represent Mr. Eley for the pendency of a motion for a reduction of sentence, *see* ECF Nos. 547 and 460 in 20 Cr. 78-3, is APPOINTED under the Criminal Justice Act to represent Defendant for purposes of his 28 U.S.C. § 2255 motion, *see* 18 U.S.C. § 3006A(a)(2)(B);

By **May 4, 2026**, Eley shall either file an amended motion, or state that he relies on his original motion, *see* ECF No. 569 in 20 Cr. 78-3, ECF No. 1 in 26 Civ. 1540, or

By **July 6, 2026**, the U.S. Attorney's Office shall file an answer or other response to the motion.  Eley shall have 30 days from the date on which Eley is served with Respondent's

2

answer or other response to file a reply. Absent further order, the motion will be considered fully submitted as of that date.

All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal action.

SO ORDERED.

Dated: March 3, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge