UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA

-against-

STEFVON ELEY,

                              Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/15/2026____

20 Cr. 78-3 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Because the Court granted Defendant Stevfon Eley a 30-day extension to file his motion under 28 U.S.C. § 2255, *see* ECF Nos. 572 (extension), 569 (*pro se* motion), 576 (supplemental letter), the Government's deadline to respond to the motion is ADJOURNED from July 6, 2026 to **August 6, 2026**.

SO ORDERED.

Dated: June 15, 2026
       New York, New York

_____
ANALISA TORRES
United States District Judge