BSF | BOIES SCHILLER FLEXNER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 8/10/2026

JOHN
Tel: (
Emai

August 5, 2026

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re: *United States v. Stefvon Eley*,**
**20 Cr. 78-3 (AT)**

Dear Judge Torres:

We continue to be in communication with Mr. Eley regarding his *pro se* habeas submission. Upon receipt of your Honor's Order regarding the Attorney-Client Privilege Waiver, we sent the waiver to Mr. Eley for his notarized signature. We spoke with Mr. Eley shortly thereafter and he wishes to sign the waiver, however he has not received it yet, despite our sending it on July 10, one day after your Order was filed. Mr. Eley has also requested to execute a waiver of attorney client privilege with respect to his first court-appointed attorney, David Touger. We are submitting that waiver to him as well and resending the Court-ordered waiver identifying Jeremy Schneider and David Bertran, and respectfully request an additional 45 days to allow Mr. Eley to get it notarized.

Respectfully,
/s/ John T. Zach
John T. Zach

GRANTED. By **October 8, 2026**, Mr. Eley shall execute his attorney-client privilege waivers, consistent with the terms of this Court's order dated July 9, 2026. *See* ECF No. 581. The Clerk of Court is respectfully directed to mail this order to Defendant at the following address:

Stefvon Eley
# 87702-054
FCI Talladega
PO Box 1000
Talladega, AL 35160

SO ORDERED.

Dated: August 10, 2026
New York, New York

ANALISA TORRES
United States District Judge