USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: __________
DATE FILED: 10/8/2026

**BY ECF**

The Honorable Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

**Re:** ***United States v. Stefvon Eley*, 20 Cr. 78-3 (AT)**

Dear Judge Torres:

We continue to be in communication with Mr. Eley regarding his *pro se* habeas submission. In an Endorsed Memo filed on August 10, 2026, [ECF No. 585] your Honor allowed Mr. Eley an additional 45 days to sign and notarize the attorney-client privilege waiver attached to the Court's July 9, 2026 Order [ECF No. 581] due to his having not yet received the waiver in the mail. In the time since the Court granted the requested extension, Mr. Eley has received and signed the waivers, and mailed them back to our office. However, we have not yet received them. For additional context, the delay may have been caused by the fact that the notary does not often attend the prison, so Mr. Eley needed to await her visit to have the forms signed. As such, we respectfully request an additional 45 days to allow us time to receive the waivers, ensure they were filled out correctly, and share them with the Government.

GRANTED. By **November 20, 2026**, Mr. Eley shall execute his attorney-client privilege waivers, consistent with the terms of this Court's order dated July 9, 2026. *See* ECF No. 581. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 586 and mail this order to Defendant at the following address:

Stefvon Eley
# 87702-054
FCI Talladega
PO Box 1000 Talladega, AL 35160

SO ORDERED.

Dated: October 8, 2026
New York, New York

ANALISA TORRES
United States District Judge